UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARTHA D. KING** | **CIVIL ACTION** |
| **VERSUS** | |
| **COMMISSIONER OF SOCIAL SECURITY** | **NO. 07-671-RET-DLD** |

## ORDER

Plaintiff has filed a Memorandum in Support of Applicant's Eligibility and Disability, rec. doc. no. 18, therefore;

**IT IS ORDERED** that the show cause hearing set for August 7, 2008 at 11:00 a.m. is hereby **CANCELED**.

Signed in Baton Rouge, Louisiana, on August 1, 2008.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**