UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



MARTHA KING

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NO. 07-671-C

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated March 30, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the decision of the Commissioner denying supplemental security income benefits ("SSI") and disability insurance benefits ("DIB") to Martha D. King will be affirmed and plaintiff's complaint will be dismissed with prejudice.

Baton Rouge, Louisiana, May 27, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA